# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY13 | 9491685 | Cpl BARABASZ | 102 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 1340 hrs 06/03/2021
Offense Charged: 18 USC 7+13 / MTA 13-411(F) — State Code ☒

Place of Offense: 6125 Guardian Gateway, APG MD 21005

Offense Description: Factual Basis for Charge:
Displaying Expired Registration (NOV/2019)

### DEFENDANT INFORMATION
Last Name: Insurance Auto Auctions   First: N/A   N/A
Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 636HPT | MN | 11 | GMC VAN | | Yellow/Blk |

APPEARANCE IS REQUIRED — A ☐
APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 70.00 Forfeiture Amount
+ $30 Processing Fee
$ 100.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
Court Address: TBA   Date: TBA   Time: TBA

X Defendant Signature: Parking Violation

*9491685*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03 June, 20 21 while exercising my duties as a law enforcement officer in the APG District of Maryland

* See P/C Statement

No Affiliation

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/03/2021   Officer's Signature: [signed] #102

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident